UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ERIC MAAS,

        Plaintiff,

v.                                                                      14-CV-8910 (VB)

AXA ADVISORS, INC., *et al.*,

        Defendants.
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Seth D. Kaufman of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1745 Broadway, 22nd Floor, New York, New York 10019, hereby enters his appearance as counsel for Defendants AXA Advisors, Inc. and AXA Financial, Inc. in the above-captioned matter.

Dated: New York, New York
       December 8, 2014

                                                  OGLETREE, DEAKINS, NASH,
                                                  SMOAK & STEWART, P.C.

                                                  By */s Seth D. Kaufman*
                                                      Seth D. Kaufman
                                                  1745 Broadway, 22nd Floor
                                                  New York, New York 10019
                                                  seth.kaufman@ogletreedeakins.com
                                                  Tel.: (212) 492-2500
                                                  Fax: (212) 492-2501

                                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on December 8, 2014, the foregoing Notice of Appearance was electronically filed using the CM/ECF system, which sent notification of such filing to counsel of record for the Plaintiff.

                                                       */s Seth D. Kaufman*
                                                       Seth D. Kaufman